UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-9797 PVC                                          Date:  September 24, 2020

Title      Hector Trigueros v. Andrew Saul, Commissioner of Social Security

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:
              None                                                                       None

**PROCEEDINGS:  [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On September 24, 2020, Plaintiff's counsel filed a Stipulation for Extension of Time to File Plaintiff's Portion of the Joint Submission in the above-referenced Social Security appeal.  ("Stipulation," Dkt. No. 24).  This is Plaintiff's *fourth* request for an extension since Plaintiff received the Administrative Record on April 6, 2020 -- *i.e.,* more than five months ago.  (Dkt. No. 17).  Moreover, the instant request was not filed until September 23, 2020, more than three weeks *after* the expiration of the extended deadline that was granted in response to the third request, August 31, 2020.  (*See* Dkt. No. 23).  As such, the request is patently untimely.

The latest request, like the prior three requests, summarily claims that an extension is necessary due to Plaintiff's "very heavy administrative calendar."  (*See* Dkt. Nos. 18, 20, 22, 24).  Upon granting Plaintiff's third request, the Court cautioned as follows:  "No further extensions of the deadline for Plaintiff to complete any portion of the Joint Stipulation will be considered without a showing of extraordinary circumstances, which do not include counsel's heavy case load or administrative duties."  (Dkt. No. 23 at 1). Because Plaintiff's showing of cause does not even attempt to meet this requirement, the stipulation is DENIED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-9797 PVC                                                  Date:  September 24, 2020

Title         Hector Trigueros v. Andrew Saul, Commissioner of Social Security

      Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **fourteen (14) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Counsel for Plaintiff may discharge this Order by either (1) preparing and serving Plaintiff's portion of the Joint Stipulation on counsel for the Commissioner, or (2) filing a declaration, signed under penalty of perjury, establishing good cause as to why counsel is unable to complete Plaintiff's portion of the Joint Stipulation.  Any such declaration must provide a detailed summary of all work that counsel has done on this case to prepare Plaintiff's portion of the Joint Stipulation.

      Counsel for the Commissioner is DIRECTED to file a Notice of Noncompliance within seven days of Plaintiff's deadline for responding to this Order to Show Cause if Plaintiff's counsel fails to serve Plaintiff's portion of the Joint Stipulation and does not file a declaration with the Court explaining the failure to do so.

      **Plaintiff is expressly advised that the failure to timely serve his portion of the Joint Stipulation, or, in the alternative, to file a declaration in response to this Order to Show Cause, will result in this action being dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

      The Clerk of the Court is directed to serve a copy of this Order on counsel for Plaintiff and on counsel for the Commissioner.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |